JUDGE THARP

MAR 0 6 2019

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAGISTRATE JUDGE FINNEGAN

| UNITED STATES OF AMERICA | No. 19 CR 211 |
| v. | |
| ADRIAN JACOBO-ARIZAGA | Violations: Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 924(c) |

3:19-mj-102

### COUNT ONE

The SPECIAL JANUARY 2019 GRAND JURY charges:

On or about August 24, 2017, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

ADRIAN JACOBO-ARIZAGA,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing methamphetamine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

The SPECIAL JANUARY 2019 GRAND JURY further charges:

On or about August 24, 2017, at Chicago, in the Northern District of Illinois, Eastern Division,

ADRIAN JACOBO-ARIZAGA,

defendant herein, did knowingly possess a firearm, namely, a Smith and Wesson .40 caliber pistol, bearing serial number PAA6498, in furtherance of a drug trafficking crime for which defendant may be prosecuted in a court of the United States, namely, distribution of a controlled substance in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count One of this Indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT THREE

The SPECIAL JANUARY 2019 GRAND JURY further charges:

On or about August 30, 2017, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

ADRIAN JACOBO-ARIZAGA,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, five grams or more of methamphetamine (actual), a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

3